18605—John Lampe, doing business as Shipper Express, v. James Altimari, a minor, by his father, next friend, Joseph Altimari. Motion to order Hamilton Appeals to certify record. Overruled.

Docketed May 23, 1924. 2 Abs. 371.

18616—National Fire Ins. Co. v. Theodore M. Wills. Motion to order Guernsey Appeals to certify record. Overruled.

Docketed June 1, 1924. 2 Abs. 387; mo. cer. ov. 2 Abs. 454.

18617—Lulu M. Leeper v. Harry Sparks, Exr. Motion to order Green Appeals to certify record. Withdrawn.

Docketed June 2, 1924. 2 Abs. 387.

18618—A. R. Mueller, d. b. a., A. R. Mueller Printing Co. v. Culver Eyman, a minor, by, etc. Motion to order Cuyahoga Appeals to certify record. Sustained.

Docketed June 2, 1924. 2 Abs. 387.

18619—International Union of Steam and Operating Engineers et al v. Henry Brodie. Motion to order Cuyahoga Appeals to certify record. Overruled.

Docketed June 2, 1924. 2 Abs. 387.

18622—George W. Glover v. Capital Food Co. Motion to order Harrison Appeals to certify record. Overruled.

Docketed June 2, 1924. 2 Abs. 387.

18630—George H. Beazell v. State of Ohio. Motion for leave to file petition in error to Hamilton Appeals. Overruled.

Docketed June 6, 1924. 2 Abs. 404.

18642—William H. Chatfield v. State of Ohio. Motion for leave to file petition in error to Hamilton Appeals. Overruled.

Docketed June 9, 1924. 2 Abs. 404.

18746—Guy Longbrake v. State of Ohio. Motion to order Logan Appeals to certify record. Sustained.

Docketed Aug. 5, 1924. 2 Abs. 483.

18780—Dwight Harrison v. State' of Ohio. Motion to file petition in error to Franklin Appeals. Overruled.

Docketed Sept. 16, 1924. 2 Abs. 578.

# Weekly Abstract Of Pending Cases

These cases have been filed in the Supreme Court, and most of them are for hearing there on motion to certify the record. The references to The Abstract above each case direct the reader to the paragraph telling of the filing of the case, and give the character of the hearing.

These reports are published exclusively in The Abstract.

The following statements were prepared by our editors from the recitals appearing in the papers filed in the Supreme Court, or they have been written and sent us by the attorney or attorneys bringing the case.

### No. 686
### DAVIS v. WYATT
No. 18357. Supreme Court
#### ON MOTION TO CERTIFY

Motion to require Belmont Appeals to certify record.

Docketed Feb. 13, 1924. 2 Abs. 115

801. MUNICIPAL LAW—Has a mayor the right to remove a police officer without charges or hearing?

#### Epitomized Statement

This case comes before the Supreme Court of Ohio on motion to certify. Michael Davis was a duly acting Chief of Police in the city of Bellaire, and John Wyatt was Mayor of that city. On Nov. 29, 1922, Wyatt removed and discharged Davis and filed the order of removal with the Civil Service Commission and appointed another Chief of Police. The reasons given for Davis's removal were incompetency, insubordination, neglect of duty, discourteous treatment, failure to obey orders, and for the public good and service. Davis appealed the removal to the Civil Service Commission, but the Mayor's order of removal was sustained.

The Chief claimed that his removal from office by the Mayor was not upon complaint and hearing as provided by Sec. 38 of Art. 2 of the Ohio Constitution, and also that it was contrary to Sec. 5 of Art. 1 of the Ohio Constitution. The removal was sustained by the Common Pleas, whereupon the accused prosecuted error to the Court of Appeals. In sustaining the judgment, the Court of Appeals held that the charges against Davis were sustained by the evidence and that no error was committed in removing him from office. The principal questions for the consideration of the Supreme Court are::

1. Is 486-17a GC. inconsistent with Sec. 38, Art. 2, of the Ohio Constitution?

2. Was Art. 38, Sec. 2, of the Ohio Constitution complied with in the removal of Davis from office?

3. Did the Mayor have authority to remove the police officer without giving him an opportunity to have a hearing on the charges preferred against him?

Attorneys—N. K. Kennon, St. Clairsville, for Davis; Paul V. Waddell, Bellaire, for Wyatt.